

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

Writer's Direct Dial: (212) 416-8910

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

September 28, 2010

**Via U.S. Mail**
Robert Williams
624 East 222nd Street, Apartment 6A
Bronx, New York 10467

      Re:    <u>Williams v. City Univ. of N.Y.</u>, No. 10-cv-2127 (EDNY)(CBA)(LB)

Dear Mr. Williams,

      This Office represents Defendant City University of New York ("Defendant") (s/h/a "City University of New York, Brooklyn College") in the above-referenced action.

      Enclosed please find service copies of the following documents submitted in support of Defendant's motion to dismiss the Complaint: 1) *Notice of Defendant's Motion to Dismiss*; 2) *Declaration of Charles E. Enloe*; and 3) *Memorandum of Law in Support of Defendant's Motion to Dismiss*. Pursuant to Local Civil Rule 7.1(c), copies of those decisions cited in the Memorandum of Law that are published exclusively on computerized databases are also enclosed herein.

      Pursuant to the briefing schedule agreed upon by the parties and approved by the Court, any opposition papers must be mailed to me at the below address by October 29, 2010. Please note that the Individual Motion Practices and Rules of Judge Carol Bagley Amon, a copy of which is enclosed for your information, provide that "no motion papers shall be filed until the motion is fully briefed." (*See* Individual Motion Practice 3.D). Further, each party is responsible for filing his or its own motion papers on the day the motion is fully briefed, which in this case is November 12, 2010. (*See* Individual Motion Practice 3.D.2). I will provide the Court with a full set of courtesy copies of the motion papers.

      Very truly yours,

      Charles E. Enloe
      Assistant Attorney General

Enclosures

Cc:    Hon. Carol Bagley Amon, U.S.D.J. (via ECF and U.S. Mail) (w/o enclosures)

120 Broadway, New York, New York 10271-0332 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6009 (Not For Service of Papers)
http://www.ag.ny.gov